IN RE ESTATE OF JOHN A. CREIGHTON.

JAMES H. McCREARY ET AL., APPELLEES, V. CATHERINE McSHANE FURAY ET AL., APPELLEES; WILLIAM T. THOMPSON, ATTORNEY GENERAL, ET AL., INTERVENERS, APPELLANTS.

FILED DECEMBER 10, 1910.    No. 16,776.

APPEAL from the district court for Douglas county: LEE S. ESTELLE, WILLIAM A. REDICK and ALEXANDER C. TROUP, JUDGES. *Motion to dismiss appeal overruled.*

*Smyth, Smith & Schall,* for appellants.

*E. Wakeley, George W. Doane, Charles B. Keller, W. H. De France, Arthur C. Wakeley* and *W. D. McHugh,* contra.

ROOT, J.

The record in this case is in the same condition as is the record in *In re Estate of Creighton, ante,* p. 107. The appellees have filed objections to the jurisdiction of the court.

For the reasons stated in *In re Estate of Creighton, ante,* p. 107, the objections are

OVERRULED.